IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANDLER TODD BARR,

        Plaintiff,

                                                    No.   12-CV-01109-GBW-WDS

v.

CITY OF ALBUQUERQUE,
RAY SCHULTZ, in his official capacity,
LEAH KELLY, in her individual capacity,
and JENNIFER JARA, in her individual capacity,

        Defendants.

**ORDER ENLARGING TIME FOR
PLAINTIFF TO FILE MOTION TO COMPEL**

THIS MATTER, having come before the Court upon Plaintiff Chandler Barr's Unopposed Motion to Enlarge Time for Plaintiff to File Motion to Compel, pursuant to D.N.M.LR-Civ. 26.6 for filing motions to compel under D.N.M.LR-Civ. 37.1, and counsel for Defendant City of Albuquerque providing its concurrence, the Court being fully advised in the premises FINDS and ORDERS that the deadline under D.N.M.LR-Civ. 26.6 for Plaintiff to file a motion to compel shall be enlarged from January 28, 2013 until February 19, 2013.

                                                     THE HONORABLE W. DANIEL SCHNEIDER
                                                     UNITED STATES MAGISTRATE JUDGE

Submitted by:

ROTHSTEIN, DONATELLI, HUGHES

DAHLSTROM, SCHOENBURG & BIENVENU, LLP

<u>/s/ Brendan K. Egan 1/25/2013</u>
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
500 4th St., NW, Suite 400
Albuquerque, New Mexico 87102

*Attorneys for Plaintiff*


Approved by:

<u>/s/ Stephanie M. Griffin via email 1/24/2013</u>
Stephanie M. Griffin, Assistant City Attorney
Trisha A. Walker, Assistant City Attorney
City of Albuquerque Legal Department
P.O. Box 2248
Albuquerque, NM 87103-2248

*Attorneys for Defendants*