IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHANDLER TODD BARR,

    Plaintiff,

    v.                                                         No. 12-CV-01109-GBW/RHS

CITY OF ALBUQUERQUE,
RAY SCHULTZ, in his official capacity,
LEAH KELLY, in her individual capacity,
JENNIFER JARA, in her individual capacity,
and ANDREA ORTIZ, in her individual capacity,

    Defendants.

## ORDER VACATING TRIAL AND EXTENDING PRETRIAL DEADLINES

This matter is before the Court on Plaintiff's Motion to Extend Deadlines to File Pretrial Motions and For Filing of Pretrial Order. *Doc. 92.* Having considered the Motion, the Court finds it well taken and will grant it.

It is ordered that certain pre-trial deadlines shall be extended as follows:

1. Pre-Trial Motions due **February 3, 2014** (previously October 31, 2013)

2. Pre-Trial Order from Plaintiff to Defendant due **April 1, 2014** (previously December 9, 2013)

3. Pre-Trial Order from Defendant to Court due **April 11, 2014** (previously December 19, 2013)

1

The pre-trial conference currently set for January 30, 2014, and the trial set to begin February 18, 2014, are hereby VACATED.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**