UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHANDLER BARR,

        Plaintiff,

vs.

                                    CV 12-1109 GBW/RHS

LEAH KELLY, *et al.*,

        Defendants.

## FINAL JUDGMENT

THIS MATTER came on for trial in Albuquerque on October 27, 2014, through October 31, 2014, before the Court and a jury, the Honorable Gregory B. Wormuth, United States Magistrate Judge, presiding by consent of the parties. The issues were duly tried and the jury rendered its verdict on October 31, 2014, finding against Plaintiff and in favor of Defendants on all claims. The Court therefore ordered that the Plaintiff recover nothing and that the action be dismissed on the merits. Pursuant to Rule 58(b)(2), the Clerk, with approval of the Court, hereby enters judgment against Plaintiff and for Defendant. Should Defendant seek costs under Rule 54, he must file a "Bill of Costs" within 14 days of this filing.

Dated this 13th day of November, 2014.

Matthew J. Dykman, Clerk of Court        Approved By:

By: Kristin Solis, Deputy Clerk              Gregory B. Wormuth
                                                          United States Magistrate Judge
                                                          **Presiding by Consent**